THE PEOPLE OF THE STATE OF NEW YORK v. FLORENCE WRIGHT.— Motion to dismiss appeal granted.  Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. FRANK IRVING.— Motion to dismiss appeal granted.  Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK. v. EDWARD A. HUTCHINGS.— Motion to dismiss appeal granted.  Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

In the Matter of FREDERICK GEBHARD, Deceased.— Motion to dismiss appeal granted, with ten dollars costs.  Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

ISABELLA BERTHEL v. SAMUEL AUSPITZ.—Application denied, with ten dollars costs.  Order signed.  Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

FEDERAL ESTATES CORPORATION v. LUCCA RESTAURANT COMPANY, INC. —Application denied, with ten dollars costs, and stay vacated.  Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

FANNIE LEVY v. IMPERIAL MANUFACTURING AND TRADING COMPANY, INC.—Application denied, with ten dollars costs.  Order signed.  Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.